

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reba Jaynette Fussell Hollis, Appellant

No. 06-22-00082-CV      v.

Robert Hollis and wife, Sherry Hollis, Appellees

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 38,214). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Reba Jaynette Fussell Hollis, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk